

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Office of the Attorney General, Appellant

No. 06-25-00061-CV          v.

Gayle Ackley Collard, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 91796). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment dismissing Collard's age-discrimination claim.

We further order that the appellee, Gayle Ackley Collard, pay all costs of this appeal.

RENDERED JANUARY 5, 2026
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk